**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bobby James BROWN, Defendant—
Appellant.**

**No. 09–6905.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2010.

Decided: June 25, 2010.

Bobby James Brown, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Baltimore, Maryland, for Appellee.

---

* We express no opinion as to the ultimate disposition of this claim.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby James Brown appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 1:00–cr–00100–AMD–1 (D. Md. April 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*